IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY L. HUFF, | : |
|                Plaintiff | :   CIVIL ACTION |
| v. | :   NO. 11-2626 |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : |
|                Defendant | : |

FILED
MAY - 4 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 4th day of May, 2012, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, Defendant's Response thereto, and Plaintiff's Reply Brief, and after careful review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport, IT IS ORDERED that:

    1. the Report and Recommendation is APPROVED and ADOPTED;

    2. Plaintiff's Request for Review is GRANTED; and

    3. the matter is REMANDED consistent with the Report and Recommendation.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II
United States District Judge